UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )
                                     )  CRIMINAL NO. 08mj2292
            Plaintiff                )
                                     )           ORDER
       vs.                           )
                                     )  RELEASING MATERIAL WITNESS
Felix Rodriguez-Sarmiento            )
                                     )  Booking No.
            Defendant(s)             )
_____)

On order of the United States District/**Magistrate Judge**, **JAN M. ADLER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Esmeralda Nava-Guzman

DATED: Aug. 12, 2008

**JAN M. ADLER**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                       OR
          DUSM

                                    W. SAMUEL HAMRICK, JR.   Clerk
                                    by _____
                                              Deputy Clerk
                                         **K. HAMMERLY**

CLERK'S OFFICE COPY                    ☆ U.S. GPO: 2003-581-774/70082
mc500 Crim-25 rev. 8-95